1 | Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
2 | FREEMAN & ASSOCIATES
1060 Wigwam Parkway
3 | Henderson, Nevada 89074
(702) 990-4913
4
Attorneys for Defendant
5 | American Family Mutual Insurance Company

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

\* \* \* \* \*

| | |
|---|---|
| NASSAN SAID AJOUB, and SHELLY AJOUB, | CASE NO.: 2:11-cv-0237-KJD-PAL |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ENTERPRISE LEASING COMPANY WEST, a Nevada Corporation; AMERICAN FAMILY FINANCIAL SERVICES, INC., dba AMERICAN FAMILY INSURANCE; AMERICAN FAMILY MUTUAL INSURANCE COMPANY, JOHN DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all

...

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 309-3333

claims have been settled. The above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 19 day of April, 2012.        DATED this 11 day of May, 2012.

POTTER LAW OFFICES                         FREEMAN & ASSOCIATES

_____                  _____
Cal J. Potter, Esq.                        Robert W. Freeman, Jr., Esq.
Nevada Bar No. 1988                        Nevada Bar No. 003062
1125 Shadow Lane                           1060 Wigwam Parkway
Las Vegas, Nevada 89102                    Henderson, Nevada 89074
Attorneys for Plaintiffs                   Attorneys for Defendant
Nassan Said Ajoub and                      American Family Mutual Insurance
Shelly Ajoub                               Company

**ORDER**

IT IS SO ORDERED.   DATED: May 14, 2012

_____
UNITED STATES DISTRICT JUDGE

Page 2